IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE G. GOMEZ, | ) |
|     Plaintiff, | ) Case No. 1:15-cv-07984 |
| v. | ) Judge: Michael Mason |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) |
|     Defendant. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their respective attorneys, that the above-entitled cause be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy settled.

/s/ Timothy M. Whiting
Timothy M. Whiting
Whiting Law Group, Ltd.
Attorney for Plaintiff

Amanda R. Eggemeyer
WIEDNER & McAULIFFE
Attorney for Defendant, FedEx Ground Package System, Inc.